**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, February 13, 2008
**Case Number:** CR-07-00788-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. AMIT EZYONI, ET AL.**

| PLAINTIFF | DEFENDANTS |
|---|---|
| United States | 2) Asaf Nass |
| | 3) Limor Gefen |
| | 8) Brandi Aycock |
| | 9) David Lamondin |
| | 10) Matthew Sandomir |
| | 11) Stuart Sheinfeld |
| | 12) Carol Haeussler |
| | 13) Christopher Sariol |
| | 14) Eduardo Subirats |

**Attorneys Present:** Jeff Nedrow      **Attorneys Present:** Edwin Prather, Garrick Lew, Jerry Fong, Ronald Gainor, Mark Arnold, Michael Orenstein, Hugh Lavine, Michael Sacks, Lara Vinnard

---

PROCEEDINGS:

Status review hearing held. Counsel and defendants are present. Continued to 4/2/08 at 10:00 a.m. for further status review. 49 days are excluded for the reasons stated.