BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant SARIOL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>AMIT M. EZYONI, et al.,<br><br>            Defendants. | No. CR 07-00788 JF (PVT)<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANTS SARIOL AND SUBIRATS; [PROPOSED] ORDER** |

## **STIPULATION**

Defendants Christopher A. Sariol and Eduardo A. Subirats and the government, through their respective counsel, Assistant Federal Public Defender, Lara S. Vinnard, counsel for Christopher A. Sariol, and Vicki Young, counsel for Eduardo A. Subirats and Assistant United States Attorney Jeff Nedrow, hereby agree and stipulate that, subject to the court's approval, the conditions of release previously set by the court on February 13, 2008, may be modified to permit the above defendants to travel to and from Florida together and share accomodations for the purpose of their of appearance on February 13, 2008.

Dated: 2/13/08                                     _____/s/_____
                                                              LARA S. VINNARD
                                                              Assistant Federal Public Defender

STIPULATION TO MODIFY CONDITIONS OF
RELEASE; [PROPOSED] ORDER
No. CR 07-00788 JF (PVT)              1

Dated: 2/14/08                                    _____/s/_____
                                                                      VICKI YOUNG, ESQ.
                                                                      Counsel for Defendant Subirats

Dated: 2/22/08                                    _____/s/_____
                                                                      JEFF NEDROW
                                                                      Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on February 13, 2008 are hereby modified to allow defendants Sariol and Subirats to travel from Florida to the Northern District of California together and share accommodations for the purpose of their February 13, 2008 appearance.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: _____

                                                 PATRICIA V. TRUMBULL
                                                 United States Magistrate Judge