BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SARIOL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00788 JF (PVT) |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO MODIFY** |
| | ) | **CONDITIONS OF RELEASE FOR** |
| v. | ) | **DEFENDANTS SARIOL AND** |
| | ) | **SUBIRATS; [**XXXXXXXXXX**] ORDER** |
| AMIT M. EZYONI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION

Defendants Christopher A. Sariol and Eduardo A. Subirats and the government, through their respective counsel, Assistant Federal Public Defender, Lara S. Vinnard, counsel for Christopher A. Sariol, and Vicki Young, counsel for Eduardo A. Subirats and Assistant United States Attorney Jeff Nedrow, hereby agree and stipulate that, subject to the court's approval, the conditions of release previously set by the court on February 13, 2008, may be modified to permit the above defendants to travel to and from Florida together and share accomodations for the purpose of their of appearance on February 13, 2008.

Dated:  2/13/08                                                                  _____/s/_____
                                                                                          LARA S. VINNARD
                                                                                          Assistant Federal Public Defender

STIPULATION TO MODIFY CONDITIONS OF
RELEASE; [PROPOSED] ORDER
No. CR 07-00788 JF (PVT)                             1

1  Dated: 2/14/08                                    _____/s/_____
2                                                    VICKI YOUNG, ESQ.
                                                     Counsel for Defendant Subirats
3  Dated: 2/22/08                                    _____/s/_____
4                                                    JEFF NEDROW
                                                     Assistant United States Attorney
5

6                                          **ORDER**

7       GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on

8  February 13, 2008 are hereby modified to allow defendants Sariol and Subirats to travel from

9  Florida to the Northern District of California together and share accommodations for the purpose

10 of their February 13, 2008 appearance.

11      IT IS FURTHER ORDERED that all other conditions of release shall remain in full force

12 and effect.

13 Dated:    February 22, 2008                       _____
14                                                   PATRICIA V. TRUMBULL
                                                     United States Magistrate Judge

STIPULATION TO MODIFY CONDITIONS OF
RELEASE; [PROPOSED] ORDER
No. CR 07-00788 JF(PVT)                    2