BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SARIOL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00788 JF (PVT) |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO MODIFY** |
| | ) | **CONDITIONS OF RELEASE FOR** |
| v. | ) | **DEFENDANTS SANDOMIR, SARIOL,** |
| | ) | **AND SUBIRATS; [XXXXXXXXXX] ORDER** |
| AMIT M. EZYONI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION

Defendants Matthew Sandomir, Christopher A. Sariol, and Eduardo A. Subirats and the government, through their respective counsel, Michael Orenstein, counsel for Matthew D. Sandomir, Assistant Federal Public Defender, Lara S. Vinnard, counsel for Christopher A. Sariol, and Vicki Young, counsel for Eduardo A. Subirats and Assistant United States Attorney Jeff Nedrow, hereby agree and stipulate that, subject to the court's approval, the conditions of release previously set by the court on February 13, 2008, may be modified so that three above defendants may have contact with one another for work purposes while at work.

Dated:  2/13/08               _____/s/_____
                              LARA S. VINNARD
                              Assistant Federal Public Defender

STIPULATION TO MODIFY CONDITIONS OF
RELEASE; [PROPOSED] ORDER
No. CR 07-00788 JF (PVT)                 1

1  Dated: 2/22/08                    _____/s/_____
                                     MICHAEL ORENSTEIN, ESQ.
2                                    Counsel for Defendant Sandomir, PRO HAC VICE

3  Dated: 2/13/08                    _____/s/_____
                                     VICKI YOUNG, ESQ.
4                                    Counsel for Defendant Subirats

5  Dated: 2/13/08                    _____/s/_____
                                     JEFF NEDROW
6                                    Assistant United States Attorney

### ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on February 13, 2008 are hereby modified to allow defendants Sandomir, Sariol, and Subirats have contact with one another for work purposes while at work.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: February 22, 2008            _____
                                    PATRICIA V. TRUMBULL
                                    United States Magistrate Judge

STIPULATION TO MODIFY CONDITIONS OF
RELEASE; [PROPOSED] ORDER
No. CR 07-00788 JF(PVT)            2