BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant SARIOL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>CHRISTOPHER SARIOL, et al.,  )<br>  )<br>Defendants.  )<br>_____) | No. CR 07-00788-13 JF<br><br>***EX PARTE* APPLICATION FOR WAIVER OF DEFENDANT SARIOL'S PERSONAL APPEARANCE; [PROPOSED] ORDER** |

## APPLICATION

Defendant, Christopher Sariol, through counsel, respectfully requests that the Court waive his personal appearance for the upcoming status conference on April 2, 2008, pursuant to Fed. R. Crim. P. 43.

Dated: 4/1/08                         _____/s/_____
                                                        LARA S. VINNARD
                                                        Assistant Federal Public Defender

## ORDER

UPON APPLICATION OF THE DEFENDANT, and good cause appearing, it is hereby ordered that the personal appearance of defendant Christopher Sariol is waived at the status hearing on April 2, 2008, pursuant to Fed. R. Crim. P. 43.

Dated: _____                          _____
                                                        JEREMY FOGEL
                                                        United States District Judge

EX PARTE APP. TO WAIVE PERSONAL
APPEARANCE; [PROPOSED] ORDER
No. CR 07-00788-13 JF                          1