UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  CR 07-0788-JF |
| vs. ) | |
| ) | [Proposed] |
| STUART H. SHEINFELD, *et al.*, ) | ORDER PERMITTING TRAVEL |
| ) | |
| Defendants. ) | |
| _____) | |

    Good cause appearing, and there being no objection by the United States or Pretrial Services, IT IS HEREBY ORDERED that defendant Stuart H. Sheinfeld may travel to and from Miami, Florida between June 18 and June 22nd, 2008, for the purpose of attending his high school reunion.

Dated: May 13, 2008

_____
JEREMY FOGEL
United States District Judge

Approved as to form and substance
/S/ _____

JEFFREY NEDROW
Assistant U.S. Attorney

```
1  HUGH ANTHONY LEVINE (SB 69857)
   345 Franklin Street
2  San Francisco, CA 94l02
   Telephone: 415/732-6101
3  Facsimile: 415/255-7264
   E-mail: halesq@ix.netcom.com
4
5  Attorney for Stuart H. Sheinfeld
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  CR 07-0788-JF |
| vs. ) | |
| ) | DECLARATION OF COUNSEL IN |
| ) | SUPPORT OF ORDER PERMITTING |
| STUART H. SHEINFELD, *et al.*, ) | TRAVEL. |
| ) | |
| Defendants. ) | |
| _____) | |

   HUGH ANTHONY LEVINE hereby declares as follows:

   1.  I am an attorney admitted to practice before this Court and the courts of the States of California and New York, and am the retained attorney for defendant Stuart H. Sheinfeld in the within criminal action.  Except where stated on information and belief, the facts contained herein are true of my own knowledge;

1  where stated on information and belief, I believe them to be true.

2. Mr. Sheinfeld, who resides in Las Vegas, Nevada and is under the supervision of Pretrial Services Officer Terry Wheaton of the PSA office in that city, would like to attend his 20th high school reunion in Miami, Florida between June 18th and June 22nd, 2008.

3. I have spoken with Pretrial Services Officer Terry Wheaton, who has informed me that Mr. Sheinfeld has been completely compliant with the terms of his pretrial release and that Mr. Wheaton has no objection to this travel by Mr. Sheinfeld. I have been informed by the assigned prosecutor, Assistant U.S. Attorney Jeffrey Nedrow, that the United States likewise has no objection to this travel.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on May 9, 2008.

_____

HUGH ANTHONY LEVINE