BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SARIOL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00788 JF (PVT) |
| | ) | |
| Plaintiff, | ) | ***EX PARTE* APPLICATION FOR** |
| | ) | **WAIVER OF DEFENDANT'S** |
| v. | ) | **PERSONAL APPEARANCE** |
| | ) | |
| AMIT M. EZYONI, CHRISTOPHER | ) | Date:   August 13, 2008 |
| SARIOL, et al., | ) | Time:  10:00 a.m. |
| | ) | Honorable Jeremy Fogel |
| Defendants. | ) | |

The defendant, Christopher Sariol, through counsel, hereby applies to this Court for an

order under F.R.Cr.P. 43(c) waiving his personal appearance at the status hearing on August 13,

2008.

Dated: August 11, 2008                    Respectfully submitted,

                                          BARRY J. PORTMAN
                                          Federal Public Defender

                                               /s/

                                          LARA S. VINNARD
                                          Assistant Federal Public Defender

*EX PARTE* APPLICATION FOR WAIVER OF
DEFENDANT'S PERSONAL APPEARANCE
No. CR 07-00788 JF (PVT)                    1