BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SARIOL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMIT M. EZYONI, CHRISTOPHER ) <br> SARIOL, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 07-00788 JF (PVT) <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF *EX PARTE* APPLICATION FOR WAIVER OF PERSONAL APPEARANCE** <br><br> Date:  August 13, 2008 <br> Time:  10:00 a.m. <br> Honorable Jeremy Fogel |

I, Lara S. Vinnard, declare:

1. I am an Assistant Federal Public Defender, and I have been assigned to represent defendant Christopher Sariol in the above-captioned matter.

2. Mr. Sariol lives in Florida.  Because the appearance on August 13, 2008 is a status hearing, he has requested that his personal presence be waived.  The cost and time of traveling to San Jose would create a hardship on Mr. Sariol for a hearing in which his presence is not necessary.

3. Under F.R.Cr.P. 43(c), a defendant need not be present when the proceeding involves only a conference or hearing upon a question of law.

DECLARATION OF COUNSEL IN SUPPORT
OF *EX PARTE* APPLICATION FOR WAIVER
OF PERSONAL APPEARANCE
No. CR 07-00788 JF (PVT)          1

1  4. Accordingly, I respectfully request that the Court grant Mr. Sariol's request to be
2  excused from the August 13, 2008 hearing.
3  I declare under the penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct.
5  Signed August 11, 2008, at San Jose, California.

```
                                                   _____/s/_____
                                                   LARA S. VINNARD
                                                   Assistant Federal Public Defender
```

DECLARATION OF COUNSEL IN SUPPORT
OF *EX PARTE* APPLICATION FOR WAIVER
OF PERSONAL APPEARANCE
No. CR 07-00788 JF (PVT)                 2