IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMIT M. EZYONI, CHRISTOPHER ) <br> SARIOL, et al., ) <br> ) <br> Defendants. ) | No. CR 07-00788 JF (PVT) <br><br> **[PROPOSED] ORDER WAIVING DEFENDANT CHRISTOPHER SARIOL'S PERSONAL APPEARANCE** |

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that Defendant Christopher Sariol's personal appearance is waived at the status hearing on August 13, 2008.

IT IS SO ORDERED.

Dated: _____

JEREMY FOGEL
United States District Judge

[PROPOSED] ORDER WAIVING
DEFENDANT CHRISTOPHER SARIOL'S
PERSONAL APPEARANCE
No. CR 07-00788 JF (PVT)           1