IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AMIT M. EZYONI, CHRISTOPHER SARIOL, et al.,<br><br>    Defendants. | No. CR 07-00788 JF (PVT)<br><br>**[PROPOSED] ORDER WAIVING DEFENDANT CHRISTOPHER SARIOL'S PERSONAL APPEARANCE** |

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that Defendant Christopher Sariol's personal appearance is waived at the status hearing on August 13, 2008.

IT IS SO ORDERED.

Dated: 8/12/08

_____
JEREMY FOGEL
United States District Judge

[PROPOSED] ORDER WAIVING
DEFENDANT CHRISTOPHER SARIOL'S
PERSONAL APPEARANCE
No. CR 07-00788 JF (PVT)        1