IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00788 LHK |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] RESTITUTION ORDER AS TO DEFENDANT SARIOL |
| vs. | ) ) | |
| CHRISTOPHER SARIOL, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the $2,104.00 in restitution ordered April 30, 2012, as to defendant Christopher Sariol be modified to reflect the following as an "Additional Term for Criminal Monetary Penalties" in the Order of Judgment and Commitment:

Defendant Sariol's liability for the $2,104.00 in restitution shall be joint and several with any named co-defendant who is adjudicated guilty of an offense under circumstances subjecting him or her to liability for restitution to payee Clarence Maeng. Pursuant to *United States v. Moreland*, 622 F.3d 1147, 1172 (9th Cir. 2010), this Court retains jurisdiction as to this order of restitution and shall modify this order as needed to identify those co-defendants who hereafter may be deemed to share liability for Mr. Maeng's loss.

It is so ordered.

Dated: May 10, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

[P~~roposed~~] Restitution Order
CR 07-00788 LHK                                    1